In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-564 CV


____________________



IN THE INTEREST OF L.A.S.






On Appeal from the 1-A District Court


Newton County, Texas


Trial Cause No. 12273






 MEMORANDUM OPINION 


 The appellant, Terry Smith, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed. Each party shall bear his or her own costs.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice

Opinion Delivered May 24, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ.